IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH YOUNG and NICHOLAS KETRON,<br><br>      Plaintiffs,<br>v.<br><br>JESSE COLE YOUNG, a Monticello City Police Officer, in his individual and official capacities: KENT ADAIR, Former Monticello City Chief of Police, in his individual and official capacities; CLAYTON BLACK, Monticello City Chief of Police, in his individual and official capacities; TY BAILEY, Monticello City Manager, in his individual and official capacities; SUE REDD, San Juan County Dispatcher, in her individual and official capacities; JOSEPH HARRIS, a San Juan County Sheriff's Deputy, in his individual and official capacities; MONTICELLO CITY: SAN JUAN COUNTY and JOHN DOES 1-5,<br><br>      Defendants. | **ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TIME TO ANSWER SAN JUAN COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Case No. 2:17-cv-00082-DN<br><br>Magistrate Judge: David Nuffer |

Based upon the parties' Stipulated Motion for Continuance of Time Wherein to Answer San Juan County Defendants' Motion for Summary Judgment (the "Motion"),[1] and good cause appearing therefore;

---

[1] Docket no. 90, filed July 10, 2018

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. Plaintiffs shall have until August 11, 2018 to answer the Motion for Summary Judgment.[3]

Signed July 13, 2018

BY THE COURT

_____
David Nuffer
United States District Judge

---

[2] *Id.*

[3] San Juan County Defendant's Motion for Summary Judgment, docket no. 89, filed June 14, 2018.